May 28, 1913.) Action by Giovanni Bauchetti, as administrator, etc., of Antonio Di Litta, deceased, against the Gorsline & Swan Construction Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

BAUDUY v. MAIL & EXPRESS CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Leonye V. Bauduy against the Mail & Express Company. No opinion. Motion granted. Order filed.

BAUER et al., Appellants, v. HENRY MORGENTHAN CO., Respondent. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Action by Frederick Bauer and another against the Henry Morgenthan Company. M. S. Hirschberg, of New York City, for appellants. S. T. Stern, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BAUER, Appellant, v. MONTAGUE MAILING MACHINERY CO., Respondent. . (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Fred Bauer, an infant, by Jacob Bauer, his guardian ad litem, against the Montague Mailing Machinery Company. No opinion. Order reversed on argument, and motion to set aside the dismissal of the complaint granted, and a new trial granted, costs to abide the event. Reargument and appeal to Court of Appeals denied. See 142 N. Y. Supp. 1108.

BAUER, Appellant, v. MONTAGUE MAILING MACHINERY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Fred Bauer, an infant, etc., by Jacob Bauer, his guardian ad litem against the Montague Mailing Machinery Company.

PER CURIAM. Motion for reargument (of 142 N. Y. Supp. 1108) or for leave to appeal to the Court of Appeals denied. If the defendant feels aggrieved by the erroneous statement as to the act of 1902, no doubt leave will be granted to it at Special Term to serve such amended answer as deemed advisable, without terms.

BAY DREDGING & CONTRACTING CO., Respondent, v. CULLULOO PARK CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by the Bay Dredging & Contracting Company against the Culluloo Park Company. No opinion. Judgment and order affirmed, with costs.

BECKER, Appellant, v. MEINIKHEIM, Respondent. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Andrew C. Becker against Bernard G. Meinikheim, as executor, etc.

PER CURIAM. Judgment affirmed, with costs.

THOMAS and CARR, JJ., dissent.

BECKSTEIN, Respondent, v. CENTRAL STAR LAUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by William Beckstein against the Central Star Laundry Company.

PER CURIAM. Judgment and order denying motion for new trial upon the minutes of the court reversed, and a new trial granted, with costs to appellant to abide event. See decision in same case on former appeal, reported at 140 App. Div. 8, 124 N. Y. Supp. 446.

KRUSE, P. J., dissents.

BECKSTEIN, Respondent, v. CENTRAL STAR LAUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June. 11, 1913.) Action by William Beckstein against the Central Star Laundry Company. No opinion. Order denying motion for new trial upon ground of newly discovered evidence affirmed, without costs.

BEHRMAN, Respondent, v. GETSKAY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Samuel Behrman against Isaac M. Getskay and another. M. Shlivek, of New York City, for appellants. J. C. Weschler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1109.

BEINER v. GOETZ. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Max Beiner against Louis E. Goetz. No opinion. Application denied, with $10 costs. Order signed. See, also, 142 N. Y. Supp. 530.

BELL v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Josephine D. Bell against the Press Publishing Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BELMONT POWELL HOLDING CO. v. SERIAL BUILDING LOAN & SAVINGS INSTITUTION et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by the Belmont Powell Holding Company against the Serial Building Loan & Savings Institution and others.

PER CURIAM. Order, so far as appealed from, reversed, with $10 costs and disbursements. An issue having been raised by the answer of the defendants the people of the state of New York, such issue became triable according to the provisions of the Code of Civil Procedure and the general rules of practice. The defendants the people of the state of New York were entitled to the notice of trial provided by the Code of Civil Procedure, and the action should be placed upon the calendar of the Special Term for the trial of issues of fact and law.

BENNETT et al., Respondents, v. CAMPBELL et al., Appellants. (Supreme Court, Ap-